UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

19 CR 831 (PKC)

-against-

ORDER

DEBBIE ALVAREZ,

Defendant.

---------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for December 4, 2019 is adjourned to January 13, 2020 at 2:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions concerning a potential disposition of this case. Accordingly, the time between today and January 13, 2020 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
December 3, 2019