# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

> Sentencing is adjourned from April 3, 2020 to April 30, 2020 at 12:00 p.m.
> SO ORDERED.
> Dated: 3/13/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

March 13, 2020

**By ECF**

Honorable P. Kevin Castel  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:  *United States v. Debbie Alvarez*  
**19 Cr. 831 (PKC)**

Dear Judge Castel:

I write to respectfully request an adjournment of Ms. Alvarez's sentence now scheduled for April 3, 2020, until April 24, 2020 at 11:00 AM, in order to secure documents and to visit her at the MCC which has been extremely difficult for the past number of weeks.

AUSA Nicholas Chiuchiolo consents to this request.

Very truly yours,

*William J. Stampur*  
William J. Stampur

cc:  AUSA Nicholas Chiuchiolo  
USPO Colleen Tyler

WS/Alvarez/Ltr to Judge/Adj. Sent. 2