# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

April 16, 2020

**By ECF**

Honorable P. Kevin Castel  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**Re:** *United States v. Debbie Alvarez*  
**19 Cr. 831 (PKC)**

> Sentencing is adjourned from April 30, 2020 to May 20, 2020 at 2:00 p.m.
> SO ORDERED.
> Dated: 4/16/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Dear Judge Castel:

I write to respectfully request a further adjournment of Ms. Alvarez's sentence now scheduled for April 24, 2020, at 11:00 AM, until May 15, 2020, to allow counsel to complete and finalize specific details regarding her sentence.

I have discussed these details with AUSA Nicholas Chiuchiolo and he has no objection to this request.

Very truly yours,

William J. Stampur

cc: AUSA Nicholas Chiuchiolo  
    USPO Colleen Tyler

WS/Alvarez/Ltr to Judge/Adj. Sent. 3